# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL R RICHARDSON                    §
                                                 §   Case No.: 08-00853
                                                 §
                                                 §
                                                 §
                                                 §
         Debtor(s)                               §
-----------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/15/2008.

2) This case was confirmed on 07/30/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2010.

5) The case was dismissed on 03/31/2010.

6) Number of months from filing to the last payment:  23

7) Number of months case was pending:  29

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    15,399.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 12,554.81 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 12,554.81 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,400.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 906.52 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,306.52 |
| Attorney fees paid and disclosed by debtor | $ | 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINT-NEXTEL CORP | UNSECURED | 304.00 | 417.47 | 417.47 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 215.00 | 215.66 | 215.66 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 14,000.00 | 6,865.94 | 6,865.94 | 2,926.51 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 23,885.11 | 23,885.11 | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 4,540.00 | 8,425.00 | 4,506.52 | 4,506.52 | 815.26 |
| AMERICREDIT FINANCIA | UNSECURED | 8,882.00 | 5,257.01 | 5,257.01 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 2,800.00 | NA | NA | .00 | .00 |
| DONNA HOWARD | OTHER | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,517.00 | 718.18 | 718.18 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,604.00 | 1,604.09 | 1,604.09 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 2,000.00 | 2,274.97 | 2,274.97 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 1,610.40 | 1,610.40 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | NA | 24.00 | 24.00 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | NA | 207.00 | 207.00 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | 251.00 | 251.00 | 251.00 | .00 | .00 |
| B REAL LLC/MS 550 | UNSECURED | 188.00 | 188.00 | 188.00 | .00 | .00 |
| ARM PROFESSIONAL SER | UNSECURED | 306.00 | NA | NA | .00 | .00 |
| FIRST NATL BANK OF M | UNSECURED | 1,032.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE S | UNSECURED | 1,294.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE PHYSI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 292.00 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 1,610.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.===============================================================.
| **Scheduled Creditors:**                                      |
|                                                               |
| Creditor                Claim       Claim       Claim      Principal    Int.   |
|   Name         Class    Scheduled   Asserted    Allowed    Paid         Paid   |
|                                                               |
| LHR INC               UNSECURED    377.24      NA          NA           .00         .00 |
| LEADING MAN CLOTHES   UNSECURED    246.00      NA          NA           .00         .00 |
| EVERGREEN EMERGENCY   UNSECURED     46.00      NA          NA           .00         .00 |
| NCO FINANCIAL SYSTEM  UNSECURED    278.00      NA          NA           .00         .00 |
| COTTAGE EMERGENCY PH  UNSECURED    287.00      NA          NA           .00         .00 |
| GREGORY EMERGENCY PH  UNSECURED    251.00      NA          NA           .00         .00 |
| GREGORY EMERGENCY PH  UNSECURED    188.00      NA          NA           .00         .00 |
| PUBLIC STORAGE        UNSECURED    367.00      NA          NA           .00         .00 |
| SPRINT                UNSECURED    323.14      NA          NA           .00         .00 |
| T MOBILE              UNSECURED    500.00      NA          NA           .00         .00 |
| TCF NATIONAL BANK     UNSECURED    650.00      NA          NA           .00         .00 |
.===============================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,506.52 | 4,506.52 | 815.26 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,506.52 | 4,506.52 | 815.26 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,865.94 | 2,926.51 | .00 |
| **TOTAL PRIORITY:** | 6,865.94 | 2,926.51 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 36,652.89 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,306.52 |
| Disbursements to Creditors | $ | 8,248.29 |
| **TOTAL DISBURSEMENTS:** | $ | 12,554.81 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    06/09/2010                                      /s/ Tom  Vaughn
                                                          Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**